IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior District Judge Wiley Y. Daniel**

Civil Action No. 15-cv-00711-WYD-NYW

GORDON HARKNESS,

    Plaintiff,

v.

RICHARD KRAMMER and
DAVID HOFFMAN,

    Defendants.

## ORDER

THIS MATTER is before the Court on Plaintiff's Motion for Preliminary Injunction (ECF No. 35). Having reviewed the motion and being fully advised in the premises, it is

ORDERED that Defendants shall file a response to the Motion for Preliminary Injunction by **Friday, March 18, 2016**. Plaintiff may file a reply by **Wednesday, March 30, 2016**. It is

FURTHER ORDERED that counsel for the parties shall jointly contact my Chambers at (303) 844-2170 by **Friday, March 11, 2016** to set a hearing on Plaintiff's Motion for Preliminary Injunction.

Dated: March 7, 2016

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              Senior United States District Judge